UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO. 5:06CV-P87-R

FRED C. JACKSON                                                                       PLAINTIFF

v.

COMMONWEALTH OF KENTUCKY                             DEFENDANT

**OPINION**

       Plaintiff Fred C. Jackson filed a *pro se* civil action against the Commonwealth of Kentucky. Upon filing the instant action, Plaintiff assumed the responsibility of keeping this Court advised of his current address and to actively litigate his claims. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

       By Order entered January 19, 2007, the Court granted Plaintiff's application to proceed without prepayment of fees, permitting him to pay the $350.00 filing fee under an installment plan (DN 6). On January 29, 2007, the copy of the Court's order sent to Plaintiff was returned to the Court by the United States Postal Service marked "Return - Not In Jail" (DN 7). Apparently, Plaintiff is no longer incarcerated at the McCracken County Regional Jail, and he has not advised the Court of a change of address. Therefore, neither notices from this Court nor filings by the Defendant in this action can be served on Plaintiff. In such situations, courts have an inherent power "acting on their own initiative to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).

Because it appears to this Court that Plaintiff has abandoned any interest in prosecuting this case, the Court will dismiss the action by separate Order.

Date:

cc: Plaintiff, *pro se*
4413.005